PD-0798-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/18/2015 10:37:43 AM
Accepted 11/18/2015 3:28:21 PM
ABEL ACOSTA
CLERK

NO. PD-0798-15

IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS
AUSTIN, TEXAS

DEBORAH BOWEN,
      APPELLANT

V.

STATE OF TEXAS,
      APPELLEE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ON APPEAL FROM THE 32ND DISTRICT COURT OF FISHER
COUNTY, TEXAS, NO. 3313; AND FROM THE 11TH COURT OF
APPEALS, NO. 11-13-00114-CR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| STAN BROWN | ANGELA MOORE |
| P.O. BOX 3122 | 310 S. ST. MARY'S ST. STE 1830 |
| ABILENE, TEXAS 79604 | SAN ANTONIO, TEXAS 78205 |
| 325-677-1851 | 210-364-0013 |
| FAX 325-677-3107 | FAX 210-855-1040 |
| STATE BAR NO. 03145000 | STATE BAR NO. 14320110 |
| EMAIL: mstrb@aol.com | EMAIL: amoorelaw2014@gmail.com |

ATTORNEYS FOR APPELLANT

FILED IN
COURT OF CRIMINAL APPEALS

November 18, 2015

ABEL ACOSTA, CLERK

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN, TEXAS

DEBORAH BOWEN,
    APPELLANT

NO.   PD-0798-15

(COURT OF APPEALS NO. 11-13-00114-CR; TRIAL COURT NO. 3313)

STATE OF TEXAS,
    APPELLEE

## **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Now comes DEBORAH BOWEN, Appellant, and hereby respectfully informs the Court that as of two weeks prior to the filing hereof, Angela Moore, Attorney at Law, 310 S. St. Mary's St. Ste 1830, San Antonio, Texas 78205, State Bar of Texas No. 14320110, has become associated with original counsel, Stan Brown, with both his and Appellant's approval, in the further representation of Appellant DEBORAH BOWEN herein.

2

Respectfully submitted,

/s/ Stan Brown                          /s/ Angela Moore

STAN BROWN                      ANGELA MOORE

P.O. BOX 3122                   310 S. ST. MARY'S ST, STE 1830

ABILENE, TEXAS 79604        SAN ANTONIO, TEXAS 78205

325-677-1851                     210-364-0013

FAX 325-677-3107             FAX 210-855-1040

STATE BAR NO. 03145000      STATE BAR NO. 14320110

EMAIL: mstrb@aol.com         EMAIL: amoorelaw2014@gmail.com

## CERTIFICATE OF SERVICE

We hereby certify that on this   18th   day of November, 2015, a true and correct copy of the above and foregoing Notice of Appearance of Additional Counsel was emailed to Ms. Ann Reed, 32nd District Attorney, at ann@32ndda-tx.us; and to Ms. Lisa McMinn, State Prosecuting Attorney, at information@spa.texas.gov.

/S/ Stan Brown

STAN BROWN

/S/ Angela Moore

ANGELA MOORE

3